IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOSEPHA A. CAMPINHA-BACOTE | CASE NO. 1:11-cv-00286 |
| Plaintiff, | |
| v. | JUDGE BECKWITH |
| | MAGISTRATE JUDGE LITKOVITZ |
| ELSEVIER INC., ET AL., | |
| Defendants. | |

**ORDER GRANTING VOLUNTARY DISMISSAL OF DEFENDANTS
ELSEVIER B.V., ELSEVIER LTD., AND MOSBY, INC.**

**THIS COURT**, having reviewed Plaintiff's Voluntary Dismissal of Defendants Elsevier B.V., Elsevier, Ltd., and Mosby, Inc., and being advised in the premises, **IT IS ORDERED** that:

1. Plaintiff's Voluntary Dismissal Without Prejudice is APPROVED.

2. This case is hereby dismissed without prejudice as it pertains to Defendants Elsevier B.V., Elsevier, Ltd., and Mosby, Inc.

DONE AND ORDERED this _12th_ day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE