**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JOSEPHA A. CAMPINHA-BACOTE | : | CASE NO. 1:11-cv-00286 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE BECKWITH |
| v. | : | |
| | : | MAGISTRATE JUDGE LITKOVITZ |
| ELSEVIER INC., ET AL., | : | |
| | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF COMPLIANCE WITH FED. R. CIV. P. 26(a)(1)

Pursuant to the Court's instruction, Plaintiff Josepha A. Campinha-Bacote hereby notifies the Court that she has timely exchanged her initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), which were due on December 22, 2011.

Respectfully submitted,

 /s/ Avonte D. Campinha-Bacote_____
Avonte D. Campinha-Bacote (0085845)
Campinha-Bacote & Starling, LLC
341 South Third Street, Suite 200
Columbus, Ohio 43215
Telephone: (614) 453-4276
Facsimile:  (614) 228-0520
Email: Avonte.Campinha-Bacote@CBandStarling.com
*Attorney for Plaintiff, Josepha Campinha-Bacote*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of January, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner to those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____ /s/ Avonte Campinha-Bacote _____
Avonte D. Campinha-Bacote