UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOSEPHA A. CAMPINHA-BACOTE d/b/a TRANSCULTURAL C.A.R.E ASSOCIATES<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELSEVIER, INC.<br><br>　　　　Defendant. | Civil Action No. 11-CV-00286-SSB-KLL |

## NOTICE OF COMPLIANCE WITH FED. R. CIV. P. 26(a)(1)

Pursuant to the Court's instruction, Defendant Elsevier, Inc., hereby notifies the Court that it has timely provided its initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), which were due on December 22, 2011.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　ELSEVIER, INC.,
　　　　　　　　　　　　　　　　　　Defendant,

　　　　　　　　　　　　　　　　　　By their attorneys,

Date: January 10, 2012　　　　　　/s/ William S. Strong
　　　　　　　　　　　　　　　　　　William S. Strong (adm. *pro hac vice*)
　　　　　　　　　　　　　　　　　　KOTIN, CRABTREE & STRONG, LLP
　　　　　　　　　　　　　　　　　　One Bowdoin Square
　　　　　　　　　　　　　　　　　　Boston, MA 02114
　　　　　　　　　　　　　　　　　　Telephone: (617) 227-7031
　　　　　　　　　　　　　　　　　　Facsimile: (617) 367-2988
　　　　　　　　　　　　　　　　　　Email: wstrong@kcslegal.com

　　　　　　　　　　　　　　　　　　Daniel J. Donnellon, Esq. (0036726)
　　　　　　　　　　　　　　　　　　FARUKI IRELAND & COX P.L.L.
　　　　　　　　　　　　　　　　　　201 E. Fifth Street, Suite 1420
　　　　　　　　　　　　　　　　　　Cincinnati, Ohio 45202

Telephone: (513) 632-0300
Facsimile: (513) 632-0319
Email: ddonnellon@ficlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on this 10th day of January, 2012, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to counsel for all parties in this action.

/s/William S. Strong
William S. Strong