# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JOSEPHA A. CAMPINHA-BACOTE d/b/a TRANSCULTURAL C.A.R.E ASSOCIATES,  Plaintiff, v. ELSEVIER, INC.,  Defendant. | Civil Action No. 11-CV-00286-SSB-KLL |

## STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Josepha Campinha-Bacote, through her attorney, and defendant Elsevier, Inc., through its attorneys, hereby stipulate to the dismissal with prejudice of all claims in this action, each party to bear its own costs.

Dated: February 29, 2012

Respectfully submitted,

/s/ Avonte D. Campinha-Bacote
Avonte D. Campinha-Bacote (0085845)
Campinha-Bacote & Starling, LLC
341 South Third Street, Suite 200
Columbus, Ohio 43215
Telephone: (614) 453-4276
Facsimile:  (614) 228-0520
Email: Avonte.Campinha-Bacote@CBandStarling.com
*Attorney for Plaintiff, Josepha Campinha-Bacote*

ELSEVIER, INC.,
Defendant,

By their attorneys,


/s/ William S. Strong
William S. Strong (adm. *pro hac vice*)
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
Telephone: (617) 227-7031
Facsimile: (617) 367-2988
Email: wstrong@kcslegal.com

Daniel J. Donnellon, Esq. (0036726)
FARUKI IRELAND & COX P.L.L.
201 E. Fifth Street, Suite 1420
Cincinnati, Ohio 45202
Telephone: (513) 632-0300
Facsimile: (513) 632-0319
Email: ddonnellon@ficlaw.com

## **CERTIFICATE OF SERVICE**

  I certify that on this 29th day of February, 2012, I electronically filed the foregoing document with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to counsel for all parties in this action.

                /s/ Avonte Campinha-Bacote
                Avonte Campinha-Bacote (0085845)