UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOSEPHA A. CAMPINHA-BACOTE d/b/a TRANSCULTURAL C.A.R.E ASSOCIATES <br><br>   Plaintiff, <br><br> v. <br><br> ELSEVIER, INC. <br><br>   Defendant. | Civil Action No.  11-CV-00286-SSB-KLL |

**ORDER APPROVING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**THIS COURT**, having reviewed the parties' Joint Stipulation of Dismissal With Prejudice and being advised in the premises, **IT IS ORDERED that:**

1. That parties' Joint Stipulation of Dismissal With Prejudice is APPROVED.

2. This case is hereby dismissed with prejudice, with each of the parties hereto to bear their own attorneys' fees and costs.

3. The Court hereby reserves jurisdiction to enforce the terms of the parties' Settlement Agreement.

DONE AND ORDERED this ___ day of March, 2012.

_____
SANDRA S. BECKWITH
United States District Judge